UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 08-02176 DDP (CTx) Date September 23, 2009

Title ARTHUR WOMACK -V- GENERAL AMERICAN LIFE INSURANCE COMPANY, PROTECTIVE LIFE INSURANCE COMPANY, THE PAUL REVERE LIFE INSURANCE COMPANY, UNUM, TRAVELERS, THE STANDARD FIRE INSURANCE COMPANY

---

Present: The Honorable DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| E. Gerard Mannion | Stephen H. Galton |
| Terrence J Coleman | Keiko J. Kojima |
| Arnold R. Levinson | Erwin E. Adler |

Proceedings:

MOTION FOR SUMMARY ADJUDICATION AS TO ISSUES FILED BY DEFENDANTS THE PAUL REVERE LIFE INSURANCE COMPANY, UNUM, GENERAL AMERICAN LIFE INSURANCE COMPANY, PROTECTIVE LIFE INSURANCE COMPANY (FILED ON 08-17-09)

---

Court hears oral argument and takes the matter under submission.

0 0 : 36

Initials of Preparer JAC