1  THOMAS M. HERLIHY (SBN 83615)
   WILSON, ELSER, MOSKOWITZ,
2  EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105-2725
   Tel.: (415) 433-0990
4  Fax: (415) 434-1370

5  STEPHEN H. GALTON (SBN 046732)
   BURKE, WILLIAMS & SORENSEN, LLP
6  444 South Flower Street, Ste. 2400
   Los Angeles, CA 90071-2953
7  Tel: (213) 236-0600
   Fax: (213) 236-2700
8
   Attorneys for Defendants
9  GENERAL AMERICAN LIFE INSURANCE COMPANY,
   PROTECTIVE LIFE INSURANCE COMPANY, and
10 THE PAUL REVERE LIFE INSURANCE COMPANY

11                    **UNITED STATES DISTRICT COURT**

12                    **CENTRAL DISTRICT OF CALIFORNIA**

13

14 | ARTHUR WOMACK,                                              ) | Case No.: CV08-02176-DMG(CTx)
15 |          Plaintiff,                                         )
16 | vs.                                                         ) **[PROPOSED] ORDER GRANTING**
                                                                   **STIPULATION TO DISMISS ENTIRE**
17 | GENERAL AMERICAN LIFE                                       ) **ACTION WITH PREJUDICE**
   | INSURANCE COMPANY, PROTECTIVE                               ) **[75][JS-6]**
18 | LIFE INSURANCE COMPANY, THE                                 )
   | PAUL REVERE LIFE INSURANCE                                  )
19 | COMPANY, UNUM, TRAVELERS, THE                               )
   | STANDARD FIRE INSURANCE                                     )
20 | COMPANY, and DOES 1-100, inclusive,                         )
21 |          Defendant.                                         )
22 | _____                           )

---

1   Pursuant to the parties' stipulation filed on March 30, 2010, the above-captioned action is
2   dismissed with prejudice and in its entirety pursuant to Fed. R. Civ. Pro. 41(a)(1).  Each party is
3   to bear their own attorneys' fees and costs.
4
5   IT IS SO ORDERED.
6
7   Date:  May 10, 2010
8   _____
    Dolly M. Gee
9   UNITED STATES DISTRICT JUDGE